In the Matter of PATRICK BONFANTI et al., Appellants, v JAMES KIRBY, as Commissioner of the Department of Social Services of the County of Suffolk, et al., Respondents.—In a proceeding pursuant to CPLR article 78 inter alia to compel respondents to furnish a full shelter allowance to petitioners, the appeal, as limited by petitioners' brief, is from so much of a judgment of the Supreme Court, Suffolk County, entered December 24, 1975, as, in directing the grant of a shelter allowance, did so subject to a stated condition. Judgment modified, on the law, by deleting from the first decretal paragraph thereof the condition that there be annexed thereto a certified copy of a written assumption or guarantee by Diminica Meilinger of the payment of certain sums. As so modified, judgment affirmed insofar as appealed from, without costs or disbursements. No fact findings were presented for review. Special Term, in imposing the additional condition on the direction of the State commissioner, made after fair hearing, that the respondent county commissioner inter alia compute an appropriate shelter allowance in accordance with 18 NYCRR 352.4, had no authority to alter the directions of the State commissioner under subdivision (a) of section 358.18 and section 358.22 of the same regulations (see Matter of Barbaro v Wyman, 32 AD2d 647). Hopkins, Acting P. J., Martuscello, Latham, Cohalan and Hawkins, JJ., concur.

In the Matter of EDWARD CUNNINGHAM, Appellant, v JAMES R. DUMPSON, as Commissioner of the Department of Social Services of the City of New York, et al., Respondents.—Appeal from a judgment of the Supreme Court, Queens County, dated October 2, 1975, dismissed, without costs or disbursements, upon the receipt of a letter from the City of New York, on behalf of respondent Dumpson, advising that it has "determined not to defend this action" and "has informed petitioner that the claim for $712.80 shall be paid and judgment for that amount may be entered against respondent James R. Dumpson." The informal application by petitioner to continue the appeal is denied. Hopkins, Acting P. J., Martuscello, Margett, Rabin and Hawkins, JJ., concur.